# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-0286
_____

AMOS DICKEY III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Leon County.
Jason L. Jones, Judge.

November 9, 2023

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.